UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THERESIA KING, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-CV-00113-JRG-HBG ) |
| INTERSTATE BLOOD BANK, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Joint Motion for Approval of Settlement and Entry of Order of Dismissal with Prejudice [Doc. 19]. The Court has reviewed the parties' Settlement Agreement and Release [Doc. 19-1] and considers it to be a fair, reasonable, and adequate compromise of Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* The Joint Motion for Approval of Settlement and Entry of Order of Dismissal with Prejudice [Doc. 19] is therefore **GRANTED**, and by agreement of the parties, Plaintiff's claims are hereby **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE